AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) Case No. 8:14 MJ 1177 MAP |
| BENJAMIN CUADRADO | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2013 to Present__ in the county of __Polk__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, United States Code, Section 2251 and | Production of Child Pornography |
| Title 18, United States Code, Section 2252 | Distribution and Possession of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_S/A Terri Botterbusch HSI_
Complainant's signature

TERRI BOTTERBUSCH, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: March 26, 2014

City and state: Tampa, FL

_Mark A. Pizzo_
Judge's signature

MARK A. PIZZO, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Terri Botterbusch, being duly sworn, depose and state the following:

1.  I am a Special Agent (SA) with the United States Department of Homeland Security, Homeland Security Investigations (HSI). I have been employed with HSI for over ten years. I am currently assigned to the HSI, Special Agent in Charge (SAC), Tampa, Florida. I have investigated matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2251, 2252 and 2252A, which criminalize the production, possession, receipt and transmission of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. I have attended specialized courses involving computers and child exploitation. Prior to August of 2005, I was assigned to Operation Panama Express where I investigated multi-ton cocaine smuggling cases as well as international drug trafficking organizations. I was employed as a St. Lucie County Sheriff's Deputy from 1995 until 2002, where I worked as a road patrol deputy and narcotics/vice detective.

2.  As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States. I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography.

3. This affidavit is submitted in support of an application for an arrest warrant for Benjamin CUADRADO. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that Benjamin CUADRADO produced child pornography in violation of Title 18, United States Code, Section 2251, and distributed and possessed child pornography, in violation of Title 18, United States Code, Section 2252. I am requesting that the Court issue an arrest warrant for CUADRADO based upon the following information that I have learned in my official capacity, by firsthand observations, as well as by receiving information from federal and local law enforcement in reference to this investigation.

### Facts Supporting Probable Cause

4. On August 21, 2013, law enforcement officers searched the residence of Danial Diaz ("Diaz") in Miami Beach, Florida, pursuant to a federal search warrant. Law enforcement seized multiple items of digital media, including iPhones and a hard drive, which contained numerous images and videos of minors engaged in sexually explicit conduct.

5. In late 2013, pertinent files found on Diaz's iPhones were sent to the National Center for Missing and Exploited Children ("NCMEC"), which analyzed the files to determine if any of the children in the files had been previously identified as victims and to determine if the files were part of an already identified series of child pornography.

2

6. On February 7, 2014, NCMEC reported that six video files (including two duplicate files) had not been previously submitted to NCMEC. Each of the following videos (collectively, the "Infant Videos") depicts an infant male, who appears to be under the age of two years, subjected to extreme sexual abuse:

(i) IMG_3355.mov;

(ii) IMG_3285.mov;

(iii) IMG_1510.mov (with a duplicate copy called IMG_1777.mov); and

(iv) IMG_3151.mov (with a duplicate copy called IMG_1250).

The Infant Videos appear to depict two different infants – one of whom appears to be less than six months of age and one of whom appears to be approximately a year old.

7. Collectively, the Infant Videos depict the following sexual exploitation of the two infants:

(i) An adult male subject anally penetrates the infant with his genitalia and finger displays what appears to be the infant's blood on his finger and genitalia after penetration;

(ii) The adult male subject forces his penis into the infant's mouth while the infant cries, and the adult male appears to ejaculate into the infant's mouth;

(iii) The adult male subject orally copulates the infant;

(iv) The adult male subject manually stimulates himself over the infant;

(v) The adult male subject kisses, sucks, and licks the face of the infant.

8.  The video file IMG_3151.mov is approximately forty-six seconds long and begins with a prepubescent male infant, who appears to be less than six months old, lying naked on the floor. There is an adult male speaking as the video begins. He states "Ok for everybody that wants to see me fuck my [redacted], I can't fuck him but I can fuck his mouth." At approximately one second into the movie, an erect adult male penis is seen above the infant, an adult hand is holding the penis. The adult male then kneels near the infant, appearing to straddle the infant. The adult male is wearing a black t-shirt with no other clothing; the adult male appears to have a bandage on his right index finger. The adult male then forces his erect penis into the infant's mouth as the infant struggles on the floor. As this is occurring, the adult male states "if I shove it in there he can't cry, see I love fucking babies." The adult male strokes his penis as he holds it in the infant's mouth. The infant appears to be gagging as the adult male holds his penis in the infant's mouth. The video ends as the adult male removes his penis from the infant's mouth and continues to masturbate; the infant begins to cry loudly at this point.

9.  The video file IMG_1510.mov is approximately one minute and six seconds long and begins with a prepubescent male infant, who appears to be less than six months old, lying naked on a blanket. There is an adult male speaking as the video begins; the adult male states, "I'm going to stick this whole finger up inside him." [The adult male's voice also sounds the same as the adult male voice heard in IMG_3151.mov.] The adult male's finger appears to have a shiny

4

substance on it. The adult male then begins to insert his index finger into the infant's anus; the infant begins to move as this occurs. The adult male pushes his finger all the way into the infant's anus until his knuckle makes contact with the infant's buttocks. When the adult male removes his finger he brings it to the camera to show there is some feces on the tip of his finger. The adult male states "see there is a little bit of shit on there." The infant is crying loudly. The adult male then appears to straddle the infant. The adult male then begins to rub his erect penis on the infant's buttocks and anus. As the adult male continues to rub his erect penis on the infant's buttocks and anus, a small amount of what appears to be blood appears on the tip of the adult male's penis. The video ends with the adult continuing to rub his erect penis on the infant's buttocks.

10. In one of the Infant Videos, the right side of the adult male's face is visible. The male has a distinct appearance with pockmarks on his face.

11. Based on the above, a warrant for the "John Doe" who produced the child pornography was issued in the District of Columbia.

12. Further analysis of Diaz's computer media revealed that Diaz received the Infant Videos through a social networking application from an individual identified as Scott Ciccariello ("Ciccariello"). Further inquiries of Ciccariello revealed that in August 2013, other law enforcement officers executed a search warrant on Ciccariello's residence and seized, among other things, various computer media that contained child pornography.

5

13. In March of 2014, law enforcement officers conducted further analysis of the media seized from Ciccariello. The further forensic analysis revealed that Ciccariello acquired the Infant Videos during a Kik online chat with a person who used the Kik username "Badboy863." The Kik application is an online social messaging and networking program which is accessible through internet-connected computer hardware and/or internet-connected digital devices, including smart phones. Further forensic analysis of Ciccariello's computer media revealed that in the course of their Kik chat, "Badboy863" told Ciccariello that, after sending the videos to Ciccariello, "Badboy863" had deleted the videos. "Badboy863" asked Ciccariello to send "Badboy863" copies of the videos to rickyt111222@hotmail.com. Law enforcement officers determined Ciccariello was not the adult male pictured in the videos because of his physical appearance.

14. Investigators conducting the forensic analysis of Ciccariello's computer also recovered a profile picture for the "BadBoy863" Kik account. I believe that the individual pictured in the "Badboy863" profile picture is CUADRADO.

15. Pursuant to a subpoena, law enforcement determined that in April 2013, rickyt111222@hotmail.com had been accessed from an IP Address assigned to an individual (hereinafter "A") residing at a trailer park on Cornelius Court in Lakeland, Florida.

16. On March 21, 2014, law enforcement discovered that "A" no longer resided at the trailer park and had moved to Massachusetts. Law enforcement

obtained a search warrant for "A"'s residence in Massachusetts, believing at the time that "A" may have been involved in producing the Infant Videos because he had a similar appearance to the male depicted "Badboy863" profile picture and because the rickyt111222@hotmail.com account had been accessed from his IP address.

17.     On March 22, 2014, law enforcement conducted a search of "A"'s residence. No child pornography was found there. It was determined through the investigation that "A" was not "John Doe" or "Badboy863."

18.     On March 23, 2014, law enforcement learned that "A" shared his Internet password with neighbors at the trailer park where he previously resided and at one point, he had an open, unsecured wireless connection, meaning anyone could access the Internet from this connection.

19.     On March 25, 2014, I learned that one of the persons residing in the trailer park at the same time as "A" was a relative of Benjamin CUADRADO. Review of CUADRADO's publicly accessible Facebook account revealed that one of his Facebook pictures was the same picture as the profile picture for the "Badboy863" Kik account. Both pictures appear to depict CUADRADO. The adult male face depicted in one of the videos, as described in paragraph 10, also appears to be CUADRADO.

20.     On March 25, 2014, HSI special agents interviewed the mother of the two infants depicted in the Infant Videos. The mother identified her sons in screen shots from the Infant Videos and also identified the person depicted in the

7

"badboy863" profile picture as CUADRADO. The mother further identified her former residence on Cornelius Court in Lakeland, Florida as the setting for the videos. She stated that CUADRADO had access to the two infants at that residence. She stated that she recognized the background, bedding, carpeting, a blanket, and couch depicted in the Infant Videos as items that had been in her former residence.

21. On March 25, 2014, law enforcement arrested CUADRADO in the state by the Polk County Sheriff's Office for capital sexual battery. They seized from him a Samsung smart phone, which he admitted belonged to him.

22. Post-Miranda, CUADRADO admitted to being "badboy863" on Kik Messenger and to having the e-mail account rickT111222@hotmail.com. He admitted the profile picture for "badboy863" depicted him and one of the infants in the Infant Videos. He stated that he accessed his Kik account from his Samsung smart phone. He stated that he traded child pornography with a list of at least 100 people on Kik Messenger.

23. CUADRADO further admitted that he produced the Infant Videos using his Samsung phone, which he held in his hand as he abused the infants depicted in the videos. He admitted that those videos included depictions of him penetrating an infant with his finger and with his penis. He further admitted that the videos included depictions of him ejaculating in both of the infants' mouths. He identified the two infants and admitted that he had regular access to the infants at

8

the Cornelius Court residence in Lakeland, Florida. He also stated that additional abuse of at least one of the infants occurred at the infants' present residence.

24. CUADRADO admitted that he used his Samsung smart phone to distribute the videos he produced over the Internet via the Kik program. He further admitted that he put some of the videos into his email account of rickyt111222@hotmail.com and that he distributed the videos over the Internet from that account.

## CONCLUSION

25. Based on the foregoing facts, there is probable cause to believe that Benjamin CUADRADO committed violations of Title 18, United States Code, Sections 2251 and 2252, by producing, distributing, and possessing child pornography.

Affiant further sayeth naught.

S/A Terri Botterbusch HSI
TERRI BOTTERBUSCH
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 26 day of March 2014.

MARK A. PIZZO
United States Magistrate Judge

9